UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21153-CIV-ROSENBAUM/SELTZER

DONALD CAMPBELL and
JOHANNA CAMPBELL,

       Plaintiffs,

v.

PIRELLI TIRE, LLC, *et al.*,

       Defendants.
_____/

**ORDER**

This matter is before the Court upon Plaintiffs' objections to the deposition of Gaspar R Salvador, M.D.  Upon consideration, all of Plaintiffs' objections are **OVERRULED** unless they are specifically sustained below.

13:16 (beginning with "we") - :21
33:7 (just the words "Bronchial problems")
33:9 - :22
51:3 - :9
54:3 - :18
56:10 - :15

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of April 2013.

                                                      ROBIN S. ROSENBAUM
                                                     UNITED STATES DISTRICT JUDGE

Copies:

The Honorable Barry S. Seltzer
Counsel of Record