UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21153-CIV-ROSENBAUM/SELTZER

DONALD CAMPBELL and
JOHANNA CAMPBELL,

       Plaintiffs,

v.

PIRELLI TIRE, LLC, *et al.*,

       Defendants.
_____/

## **ORDER**

This matter is before the Court upon Plaintiffs' objections to the deposition of Dr. Mark Mighell. Upon consideration, all of Plaintiffs' objections are **OVERRULED** unless they are specifically sustained below.

79:22 (from "So the jury") - 80:4 (to "backwards in order")
84:13 - 84:19 (to "influences")
84:21 - :23
86:3 - :10
87:10 - :19

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of April 2013.

                                                                 */s/ Robin S. Rosenbaum*
                                                             ROBIN S. ROSENBAUM
                                                             UNITED STATES DISTRICT JUDGE

Copies:

The Honorable Barry S. Seltzer
Counsel of Record