UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21153-CIV-ROSENBAUM/SELTZER

DONALD CAMPBELL and
JOHANNA CAMPBELL,

        Plaintiffs,

v.

PIRELLI TIRE, LLC, *et al.*,

        Defendants.
_____/

## ORDER

This matter is before the Court upon Plaintiffs' objections to the deposition of Alan S. Routman, M.D. Upon consideration, all of Plaintiffs' objections are **OVERRULED** unless they are specifically sustained below.

5:20 - :24 (to "modest")
11:22 - :12:4 (to "conditions")
15:2 - :8
16:20 - 17:1
18:6 - :7 (to "deposition")
21:17 - :20
22:5 - :6
23:4 - 23:25
25:15 - :24
27:12 - 29:18

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of April 2013.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

Copies:

The Honorable Barry S. Seltzer
Counsel of Record