UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21153-CIV-ROSENBAUM/SELTZER

DONALD CAMPBELL and
JOHANNA CAMPBELL,

      Plaintiffs,

v.

PIRELLI TIRE, LLC, *et al.*,

      Defendants.
_____/

## ORDER

This matter is before the Court upon Defendants' objections to the deposition of Gaspar P. Salvador, M.D. Upon consideration, all of Defendants' objections are **OVERRULED** unless they are specifically sustained below.

12:10 (from "as a") - :12 (to "16, 2010")
19:19 - :24
21:9 - :15
22:11 - 23:19
27:15 - :16
30:16 - 31:11
43:13 - :17
44:25 - 45:6
46:12 - :16 (to "No, Sir.")

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of April 2013.

                                                            _____
                                                           ROBIN S. ROSENBAUM
                                                           UNITED STATES DISTRICT JUDGE

Copies:

The Honorable Barry S. Seltzer
Counsel of Record