UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21153-CIV-ROSENBAUM/SELTZER

DONALD CAMPBELL and
JOHANNA CAMPBELL,

       Plaintiffs,

v.

PIRELLI TIRE, LLC, *et al.*,

       Defendants.

_____/

**ORDER**

This matter is before the Court upon Defendants' objections to the deposition of Dr. Mark Mighell. Upon consideration, all of Defendants' objections are **OVERRULED** unless they are specifically sustained below.

14:18 - :22
15:6 - :23
26:14 - :21
34:25 - 35:19
55:12 - :15
63:11 (from "the fact that an inch of") - :12 (to "on the road somewhere")
64:18 - :23 (to "go in general.")
72:17 ("on the road")
72:24 - 73:4
73:11 - 74:4
75:2 - :6

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of April 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:

The Honorable Barry S. Seltzer
Counsel of Record